## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **vs.** | **8:13CR465** |
| **ROBERT LOUIS PETERSON,** | **ORDER** |
| **Defendant.** | |

This matter is before the Court on plaintiff's motion to amend the Indictment (Filing No. 14) due to a typographical error of the Defendant's name.

The Court finds the motion should be granted.   Accordingly,

**IT IS ORDERED** that the Motion to Amend the Indictment (Filing No. 14) is granted.

Dated this 6th day of January, 2014.

BY THE COURT:

**s/ Thomas D. Thalken**
**United States Magistrate Judge**